APPLICANT    RONALD D. PATTON    APPLICATION NO. WR-83,620-03

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.

_____    11/04/15_____
JUDGE                                                  DATE